**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

    **Plaintiff –**

v.                                    Case No.: 3:21-CR-28

**CORTNEY JENKINS,**

    **Defendant.**

**NOTICE OF APPEAL AND MOTION TO PROCEED WITHOUT COST AND WITH THE ASSITANCE OF APPOINTED COUNSEL**

Now Comes Counsel, DeAndra Burton at the request of the defendant, Cortney Jenkins respectfully moving to appeal this Honorable Courts upward variance, imposition of the enhancement under USSG § 2d1.1(b) and overall sentence that was previously imposed on July 25, 2023.

A Defendant further seeks to proceed without cost and to have appellate counsel appointed to him as he has already been determined to be indigent.

WHEREFORE, Mr. Jenkins respectfully moves this Notice of Appeal be filed and any other relief deemed appropriate.

Dated: August 2, 2023.

CORTNEY JENKINS,
By counsel,

**/S/DeAndra Burton, Esq.**
**WV State Bar #8901**
**P.O. Box 1197**
**Morgantown, WV 26507**
**(304)292-6228 (voice)**
**(304)292-4717(fax)**

## CERTIFICATION OF SERVICE

I hereby certify that on August 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Lara K. Omps-Botteicher
Assistant United States Attorney
Clarksburg WV

**By Counsel**
**/S/DeAndra Burton, Esq.**
**WV State Bar #8901**
**P.O. Box 1197**
**Morgantown, WV 26507**
**(304)292-6228 (voice)**
**(304)292-4717(fax)**
**Counsel for the Defendant**